# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-2557

———————————————

J.S.C., Father of G.I.C.,

    Appellant,

    v.

T.I.R. and M.A.N.,

    Appellees.

———————————————

On appeal from the Circuit Court for Bay County.
Peter A. Mallory, Judge.

September 25, 2018

PER CURIAM.

Appellant seeks review of a Final Judgment and Order on Report and Recommendation on Petition for Termination of Parental Rights and Adoption. However, this order does not finally dispose of the issue of termination of parental rights. *J.A. v. Dep't of Children & Families*, 18 So. 3d 665 (Fla. 1st DCA 2009); *E.S. v. Dep't of Children & Families*, 836 So. 2d 1089 (Fla. 1st DCA 2003). Therefore, the appeal is premature and is hereby dismissed for lack of jurisdiction.

MAKAR, OSTERHAUS, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Megan Peak, Assistant Regional Conflict Counsel, Panama City, and Susan Barber, Assistant Regional Conflict Counsel, Tallahassee, Office of Candice K. Brower, Criminal Conflict & Civil Regional Counsel, for Appellant.

No appearance for Appellees.